# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

154355(39)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* ESTATE OF CATHERINE KLEIN.
_____

DEPARTMENT OF COMMUNITY HEALTH,
     Appellee,

v

SHARON PUMFORD, Personal Representative of
the Estate of CATHERINE KLEIN,
     Appellant.
_____/

SC: 154355
COA: 329715
Saginaw Probate Ct:
   14-131545-DE

On order of the Chief Justice, the motion of appellant to extend the time for filing her reply is GRANTED. The reply submitted on November 29, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016



Clerk